**In re Andrew F. WRIGHT, David C. Blakey, John E. Fitton, Leif Lindholm, Jan Holmgren, and Peter Lind.**

**No. 03–1049.**

United States Court of Appeals,
Federal Circuit.

Jan. 8, 2003.

ON MOTION

*ORDER*

Andrew F. Wright et al. move without opposition to voluntarily dismiss their appeal 03–1049.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The unopposed motion to dismiss is granted.

(2) Each side shall bear its own costs.